# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 13-13736-MDC

MICHAEL R COLLINS

646 WEST SPRINGFIELD ROAD

SPRINGFIELD, PA 19064

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MICHAEL R COLLINS

646 WEST SPRINGFIELD ROAD

SPRINGFIELD, PA 19064

Counsel for debtor(s), by electronic notice only.

    DIANE E BARR, ESQUIRE
    LAW OFFICE OF DIANE E BARR
    4206 CHESTNUT ST - 1ST FLR
    PHILADELPHIA, PA 19104-

/S/ William C. Miller

Date: 11/1/2016

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee