# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michael R Collins
    <u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 13-13736 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, as Trustee, in trust on behalf of the JPMAC 2006-CW1 Trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2030

    Respectfully submitted,

    **<u>/s/Thomas Puleo, Esquire</u>**
    Thomas Puleo, Esquire
    Brian C. Nicholas, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 825-6306  FAX (215) 825-6406