```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                          Case No. 13-13736-mdc
Michael R Collins                                               Chapter 13
      Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Antoinett            Page 1 of 2          Date Rcvd: Jan 26, 2017
                              Form ID: pdf900            Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
db             +Michael R Collins,    646 West Springfield Road,    Springfield, PA 19064-1643
13042430        SPS,   PO BOX 65250,   Salt Lake City UT 84165-0250
13040539       +U.S. Bank National Association,    c/o Kimberly A. Bonner, Esq.,
                 200 Sheffield Street, Suite 101,    Mountainside, NJ 07092-2315
13308037        eCAST Settlement Corporation,    PO BOX 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 27 2017 01:22:28      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2017 01:22:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 27 2017 01:22:22      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bnc@bass-associates.com Jan 27 2017 01:21:50      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13067930        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 27 2017 01:55:37
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13047861       +E-mail/Text: bnc@bass-associates.com Jan 27 2017 01:21:50      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13082099       +E-mail/Text: bankruptcy@cavps.com Jan 27 2017 01:22:20      Cavalry Portfolio Services,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
13100894        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 27 2017 01:22:18      Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
13174209        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 27 2017 01:55:50
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCOP XI, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13045714        E-mail/Text: ebn@vativrecovery.com Jan 27 2017 01:21:54      Palisades Collection, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collection, LLC,
                 PO Box 40728,   Houston, TX  77240-0728
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Capital One, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr*             eCast Settlement Corporation,    PO Box 28136,   New York, NY  10087-8136
13100895*      ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,     PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
              DIANE E. BARR    on behalf of Debtor Michael R Collins barrdupree09@yahoo.com, dbarrcg@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. Bank National Association, as Trustee, in
               trust on behalf of the JPMAC 2006-CW1 Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Antoinett           Page 2 of 2                  Date Rcvd: Jan 26, 2017
                              Form ID: pdf900           Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank National Association, as Trustee, in trust on behalf of the JPMAC 2006-CW1 Trust mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as Trustee, in trust on behalf of the JPMAC 2006-CW1 Trust mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
         THOMAS I. PULEO   on behalf of Creditor    Select Portfolio Servicing, Inc., as servicing agent for U.S. Bank National Association, as Trustee, in trust on behalf of the JPMAC 2006-CW1 Trust tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                                                                                                                                                                                                                     TOTAL: 7

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL R COLLINS          Chapter 13

Debtor      Bankruptcy No. 13-13736-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___26th___ day of ___January___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DIANE E BARR, ESQUIRE
LAW OFFICE OF DIANE E BARR
4206 CHESTNUT ST - 1ST FLR
PHILADELPHIA, PA 19104-

Debtor:
MICHAEL R COLLINS

646 WEST SPRINGFIELD ROAD

SPRINGFIELD, PA 19064