# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**In Re: Michael R. Collins**  :  **Case No. 13-13736**

: **Chapter 13**

:

:

:

:

## CERTIFICATE OF SERVICE

Diane E. Barr, attorney for Debtor, hereby certifies a true and correct copy of the Motion to Vacate the order to close the case entered on January 27, 2017 was served upon all parties on the master mailing list either by electronic means or first class mail.

Date: March 9, 2017                  /s Diane E. Barr, Esquire

Diane E. Barr, Esquire