## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>**Michael R. Collins** | : | CHAPTER 13 |
| | : | BANKRUPTCY NO.: 13-13736 |

PRAECIPE TO WITHDRAW MOTION TO REINSTATE CASE

To The Clerk:

Please kindly withdraw the Motion to Reinstate the Case which was duly filed on March 10, 2017.

Date:  April 5, 2017                                     /s Diane E. Barr

                                                                        Diane E. Barr, Esquire